1   Allison A. Davis (State Bar No. 139203)
    Deborah A. Adler (State Bar No. 209525)
2   Kelly M. Gorton (State Bar No. 300978)
3   DAVIS WRIGHT TREMAINE LLP
    505 Montgomery Street, Suite 800
4   San Francisco, California 94111
    Telephone:     (415) 276-6500
5   Facsimile:     (415) 276-6599
    Email:         allisondavis@dwt.com
6                  deborahadler@dwt.com
7                  kellygorton@dwt.com

8   Charles M. English, *pro hac vice*
    DAVIS WRIGHT TREMAINE LLP
9   1919 Pennsylvania Avenue, N.W., Suite 800
    Washington, D.C. 20006-3402
10  Telephone: (202) 973-4200
11  Facsimile: (202) 973-4499
    Email:         chipenglish@dwt.com
12
    Attorneys for Defendant DairyAmerica, Inc.
13

14                  **UNITED STATES DISTRICT COURT**

15                  **EASTERN DISTRICT OF CALIFORNIA**

16                          **FRESNO DIVISION**

17  LAND O'LAKES, INC.,                  CASE NO. 1:15-cv-01937-DAD-MJS

18                  Plaintiff,           **STIPULATION AND ORDER**
                    v.
19                                               **(MODIFIED)**_____
    DAIRYAMERICA, INC.; SILLIKER, INC.;
20  and DOES 1 through 50, inclusive,

21                  Defendants.

22

23

24

25

26
            Pursuant to Rule 6-144(a) of the General Local Rules of the above Court, Plaintiff, LAND
27
    O'LAKES, INC. ("LOL" or "Plaintiff"), and Defendants DAIRYAMERICA, INC.
28

STIPULATION AND PROPOSED ORDER              -1-
Case No.: 1:15-cv-01937--MJS
86336423.1 0039116-00126

("DairyAmerica") and SILLIKER, INC. ("Silliker") (together, "Defendants"), by and through their respective attorneys of record, (collectively the "Parties") hereby stipulate to the following:

## RECITALS

Whereas the Parties wish to coordinate their filing and hearing dates in relation to Defendants' Motions to Dismiss in order to efficiently manage the Court's and Counsels' resources;

Whereas, Plaintiff served its First Amended Complaint on DairyAmerica and Silliker on March 21, 2016, and may want to further amend its complaint;

Whereas, there have been no prior extensions of time granted to Defendants to respond to Plaintiff's First Amended Complaint, which may include a joint or individual motions to dismiss;

Whereas the Parties wish to extend the time for Defendants to file a responsive pleading due to continuing negotiations among the Parties towards a resolution of this matter;

Whereas Plaintiff has indicated a desire to file a single opposition to the Defendants' Motions to Dismiss, if filed and if practical;

Whereas the Parties wish to have Defendants' Motions heard on the same day for the convenience of the Court and the Parties;

## STIPULATION

Therefore, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their respective counsel of record, as follows:

1.    Plaintiff may amend its complaint.  If Plaintiff determines that it will file a Second Amended Complaint, it will do so by April 18, 2016;

2.    Defendants' Motions to Dismiss either joint or individually or responsive pleading to Plaintiff's First Amended Complaint or subsequent complaint, and all papers in support of the same, are due filed and served on or before May 23, 2016;

3.    Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint or subsequent complaint, and all papers in support of the same, are due filed and served on or before June 16, 2016;

4.     Plaintiff may, if it elects, file a joint Opposition to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint or subsequent complaint;

5.     If Plaintiff elects to file a joint Opposition to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint or subsequent complaint, Plaintiff will have an additional 10 pages for its Opposition to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint or subsequent complaint above the limit set by the Case Management Order in this matter;

6.     Defendants' replies in support of their Motions to Dismiss Plaintiff's First Amended Complaint or subsequent complaint, and all papers in support of the same, are due filed and served on or before June 27, 2016;

7.     The Court to set the hearing on Defendants' Motions to Dismiss Plaintiff's First Amended Complaint or subsequent complaint on the first day convenient to the Court's calendar after July 6, 2016.

Dated: April 14, 2016                          Respectfully submitted,

_____/s/ Allison A. Davis_____                _____/s/ Seth D. Hilton_____

Allison A. Davis #139203                     Seth D. Hilton #181899
Deborah A. Adler # 209525                    STOEL RIVES LLP
Kelly M. Gorton # 300978                     Three Embarcadero Center, Suite 1120
DAVIS WRIGHT TREMAINE                         San Francisco, CA 94111
505 Montgomery Street, Suite 800             Telephone: (415) 617-8900
San Francisco, CA 94111                      Facsimile: (415) 617-8907
Telephone: (415) 276-6500                    seth.hilton@stoel.com
Facsimile: (415) 276-4880
allisondavis@dwt.com                         *Counsel for Land O'Lakes, Inc.*
deborahadler@dwt.com
kellygorton@dtw.com

Charles M. English *Pro Hac Vice*
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C. 20006-3402
Telephone: (202) 973-4200
Facsimile (202 973-4499
chipenglish@dwt.com

*Counsel for DairyAmerica, Inc.*

_____/s/Francisca Mok_____

Francisca Mok #206063
Reed Smith LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: (310) 734-5200
Facsimile (310) 734-5299
fmok@reedsmith.com

*Counsel for Silliker, Inc.*

## ORDER

The Courts adopts the parties' stipulation as follows:

1.  Plaintiff is granted leave to file a Second Amended Complaint.  If Plaintiff determines that it will file a Second Amended Complaint, it will do so by April 18, 2016;

2.  Defendants' Motions to Dismiss either joint or individually or responsive pleading to Plaintiff's First Amended Complaint or subsequent complaint, and all papers in support of the same, are due filed and served on or before May 23, 2016;

3.  Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint or subsequent complaint, and all papers in support of the same, are due to be filed and served on or before June 16, 2016;

4.  Plaintiff may, if it elects, file a joint Opposition to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint if filed;

5.  If Plaintiff elects to file a joint Opposition to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint or subsequent complaint, Plaintiff will have an additional 10 pages for its Opposition to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint or subsequent complaint above the limit set by the Case Management Order in this matter **IF PERMISSION TO DO SO IS GRANTED BY THE DISTRICY JUDGE**;

6.  Defendants' replies in support of their Motions to Dismiss Plaintiff's First Amended Complaint or subsequent complaint, and all papers in support of the same, are due filed

and served on or before June 27, 2016;

7. The Court will set any hearing on Defendants' Motions to Dismiss Plaintiff's First Amended Complaint or subsequent complaint on the first day convenient to the Court's calendar after July 6, 2016.

IT IS SO ORDERED.

Dated:   __April 18, 2016__              ___/s/ *Michael J. Seng*___
                                        UNITED STATES MAGISTRATE JUDGE