1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAND O'LAKES, INC.,                    No. 1:15-cv-01937-DAD-MJS

12              Plaintiff,

13        v.                                 ORDER ADOPTING STIPULATION FOR
                                             LEAVE TO FILE CROSSCLAIMS
14   DAIRYAMERICA, INC. and SILLIKER,
     INC.,                                   (Doc. No. 49)

15              Defendants.

16

17

18         On July 11, 2017, defendants DairyAmerica, Inc. ("DairyAmerica") and Silliker, Inc.

19   ("Silliker") filed a stipulation requesting that the court grant DairyAmerica leave to file

20   crossclaims against Silliker. (Doc. No. 49.)

21         Good cause having been shown and pursuant to the e parties' stipulation:

22         1. Defendant DairyAmerica is granted leave to amend its operative answer to the second

23            amended complaint to include crossclaims against defendant Silliker, consistent with

24            the scheduling order in this case (see Doc. No. 48); and

25   /////

26   /////

27   /////

28   /////

                                                1

2. Silliker shall respond to any such crossclaims in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court.

IT IS SO ORDERED.

Dated:   **July 11, 2017**

_____
UNITED STATES DISTRICT JUDGE