UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAND O'LAKES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DAIRYAMERICA, INC., SILLIKER, INC., and DOES 1 through 50, inclusive,,<br><br>    Defendant. | Case No. 1:15-CV-01937-DAD-MJS<br><br>**STIPULATION AND ORDER REVISING CERTAIN DISCOVERY DEADLINES** |

  On April 20, 2017, a scheduling conference was held in this matter, and the Court entered a Scheduling Order [Dkt Item No. 48] for this proceeding on April 21, 2017.

  Pursuant to that Scheduling Order, trial in this matter is scheduled to commence on September 18, 2018.

  On October 23, 2017, the parties agreed to mediate this matter before Yaroslav Sochynsky on December 14, 2017.

  The Scheduling Order adopted on April 21, 2017 currently provides that the parties must complete non-expert discovery by December 21, 2017, and that expert discovery is to be completed by February 16, 2017. Expert disclosures are to take place on November 17, 2017.

  In order to afford the parties an opportunity to mediate before incurring further costs to conduct discovery in this proceeding, the parties have stipulated to extend the following discovery deadlines to the dates set forth below:


STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND SCHEDULING ORDER   -1-   1:15-CV-01937-DAD-MJS

94516694.2 0039116-00124

1
Expert Disclosure: January 19, 2018

2
Rebuttal Expert Disclosure: February 16, 2018

3
Close of Non-Expert Discovery: March 2, 2018

4
Close of Expert Discovery: March 9, 2018

SO STIPULATED, THOUGH COUNSEL OF RECORD.

DATED: October 31, 2017     STOEL RIVES LLP

By: /s/ Seth D. Hilton
SETH D. HILTON
Attorneys for Plaintiff
LAND O'LAKES, INC.

DATED: October 31, 2017     REED SMITH LLP

By: /s/ Francisca M. Mok (as authorized on 10/27/17)
FRANCISCA M. MOK
Attorneys for Defendant
SILLIKER, INC.

DATED: October 31, 2017     DUANE MORRIS LLP

By: /s/ Justin J. Fields (as authorized on 10/31/17)
DENIS F. SHANAGHER
JUSTIN J. FIELDS
Attorneys for Plaintiff
DAIRYAMERICA, INC.

## **ORDER**

Good cause appearing, the above Stipulation to Amend Scheduling Order is accepted and made the order of the Court. The parties shall have until January 19, 2018 to initially designate experts, until February 16, 2018 to designate rebuttal experts, until March 2, 2018, to complete percipient witness and lay discovery, and until March 9,

2018 to complete discovery of experts. All other provisions of the Scheduling Order and all other unexpired dates and deadlines set forth therein shall remain as stated.

IT IS SO ORDERED.

Dated: October 31, 2017    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE