Francisca M. Mok (SBN 206063)
fmok@reedsmith.com
Kasey J. Curtis (SBN 268173)
kcurtis@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

Attorneys for Defendant Silliker, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAND O'LAKES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAIRYAMERICA, INC., SILLIKER, INC., and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. 1:15-CV-01937-DAD-MJS<br><br>**REQUEST FOR EXTENSION TO FILE DISPOSITIVE DOCUMENTS FOR DISMISSAL OF ACTION PURSUANT TO SETTLEMENT**<br><br>Judge: Hon. Dale A. Drozd<br><br>Complaint Filed: Dec. 30, 2015<br>FAC Filed: March 16, 2016<br>SAC Filed: April 18, 2016 |

1

REQUEST FOR EXTENSION TO FILE DISPOSITIVE
DOCUMENTS FOR DISMISSAL
OF ACTION PURSUANT TO SETTLEMENT                CASE NO: 1:15-CV-01937-DAD-MJS

**TO THE HONORABLE COURT:**

On December 19, 2017, pursuant to Local Rule 160, Plaintiff Land O'Lakes, Inc. and Defendants, Cross-Complainants and Cross-Defendants DairyAmerica, Inc. and Silliker, Inc. (collectively "the Parties") advised the Court that following a mediation held on December 15, 2017 they reached an agreement to resolve the above-referenced matter in its entirety [Docket #58]. The Court then issued an order [Docket #59] calling for case dispositive documents to be filed within thirty (30) days, i.e., by January 18, 2018. The Parties have since finalized and executed a formal settlement agreement as of January 16, 2018. The Parties request, and there is good cause, to extend the time to file a Stipulation of Dismissal of the Action in its entirety, including all cross-claims, with prejudice, until February 23, 2018. Such additional time is required for a Party to carry out an agreed-to act that is a prerequisite to the filing of the Request for Dismissal, according to both the mediation term sheet agreed to on December 15, 2017 and the now-executed settlement agreement. The requested extension to file case dispositive documents will facilitate the final resolution and dismissal of the matter in accordance with the terms and timing agreed to by the Parties in the executed settlement agreement.

IT IS SO STIPULATED.

DATED: January 18, 2018                     STOEL RIVES LLP

                                            By:  */s/ Seth D. Hilton*
                                                 SETH D. HILTON
                                                 Attorneys for Plaintiff
                                                 LAND O'LAKES, INC.

DATED: January 18, 2018                     REED SMITH LLP

                                            By:  */s/ Francisca M. Mok*
                                                 FRANCISCA M. MOK
                                                 Attorneys for Defendant
                                                 SILLIKER, INC.

DATED: January 18, 2018                    DUANE MORRIS LLP

By: */s/ Justin J. Fields*
JUSTIN J. FIELDS
Attorneys for Defendant
DAIRYAMERICA, INC.

## **ORDER**

Good cause appearing, the Parties shall have up to and including February 23, 2018 to file a Stipulation of Dismissal of the action in its entirety, including all cross-claims, with prejudice.

IT IS SO ORDERED.

Dated:   January 18, 2018          /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE

4

REQUEST FOR EXTENSION TO FILE DISPOSITIVE
DOCUMENTS FOR DISMISSAL
OF ACTION PURSUANT TO SETTLEMENT          CASE NO: 1:15-CV-01937-DAD-MJS